**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50320 |
| Plaintiff - Appellee, | D.C. No. 5:12-cr-00052-VAP-1 |
| v. | |
| GABRIEL GUEVARA, a.k.a. Guevara Gabriel, a.k.a. Guevara Grabiel, a.k.a. Grabriel Guevara, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Virginia A. Phillips, District Judge, Presiding

Submitted July 24, 2014**

Before:    HUG, FARRIS, and CANBY, Circuit Judges.

Gabriel Guevara appeals from the district court's judgment and challenges

his guilty-plea conviction and 156-month sentence for possession of an

unregistered firearm, in violation of 26 U.S.C. § 5861(d), and felon in possession

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

of a firearm, in violation of 18 U.S.C. § 922(g)(1). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Guevara's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Guevara the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Guevara has waived his right to appeal his conviction and 156-month sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**